# Court of Appeals
# of the State of Georgia

ATLANTA,  November 01, 2019

*The Court of Appeals hereby passes the following order:*

**A20E0009. DUKES v. THE STATE.**

Kelvin Dukes has filed a Motion for Extension of Time to File Application for Discretionary Appeal in this Court pursuant to Court of Appeals Rule 40 (b).

The motion is hereby GRANTED. Dukes is permitted twenty (20) days from the date of this order in which to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/01/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*